Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–28529–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard Pagan<br>61 Dover Rd<br>Colonia, NJ 07067–3907 | Maria Pagan<br>aka Maria Cristina Pagan<br>61 Dover Rd<br>Colonia, NJ 07067–3907 |

Social Security No.:
  xxx–xx–0614                                xxx–xx–0269

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on September 30, 2019 and a confirmation hearing on such Plan has been scheduled for May 5, 2020.

The debtor filed a Modified Plan on April 24, 2020 and a confirmation hearing on the Modified Plan is scheduled for May 27, 2020 at 10AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 27, 2020
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Richard Pagan
Maria Pagan
    Debtors

Case No. 19-28529-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2        Date Rcvd: Apr 27, 2020
                      Form ID: 186       Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2020.
```
db/jdb          Richard Pagan,    Maria Pagan,    61 Dover Rd,    Colonia, NJ 07067-3907
aty            +Jonathan Schwalb,    Friedman Vartolo LP,    85 Broad St. Ste.501,    New York, NY 10004-1734
cr             +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
518486245    ++++CAC,   2601 NW EXPRESSWAY STE 100W,    OKLAHOMA CITY OK 73112-7217
               (address filed with court: CAC,    2601 NW Expressway Ste 100,    Oklahoma City, OK 73112-7295)
518486249      Direct Merchants Bank,    PO Box 29468,    Phoenix, AZ 85038-9468
518486251     +FACS/Sterns,    9111 Duke Blvd,    Mason, OH 45040-8909
518486252     +Faloni & Larusso,    175 Fairfield Ave Ste 1-C,    West Caldwell, NJ 07006-6415
518486254      Gardetn Sate Anset.,    739 E Main St,    Bridgewater, NJ 08807-3339
518486255      HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
518486257      ML Zager atty for MId Atlantic Pathology,    543 Broadway,    Monticello, NY 12701-1127
518576835      Middlesex Emergency Physicians PA,    PO Box 1123,    Minneapolis MN 55440-1123
518486258      NJ Div of LAbor,    PO Box 951,    Trenton, NJ 08625-0951
518486262      PHEAA/FED LOAN SERV,    PO Box 60610,    Harrisburg, PA 17106-0610
518486265      RRC,    612 S Gay St,    Knoxville, TN 37902-1630
518486267      SERVICING CORPORATION,    323 5th St,    Eureka, CA 95501-0305
518486259    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: NJ DIvision of TAxation,    PO Box 281,    Trenton, NJ 08695-0281)
518486268      Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
518534841     +State of New Jersey - Dept. of Labor,    P.O. Box 951,    Trenton, NJ 08625-0951
518486271      THD,    PO Box 57117,    Sioux Falls, SD 57117
518486272    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,    5005 N River Blvd NE,
                 Cedar Rapids, IA 52411-6634)
518486269      Target,    PO Box 59317,    Minneapolis, MN 55459-0317
518604321     +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518486273      US Dept of Ed,    PO Box 530260,    Atlanta, GA 30353-0260
518486275      Wells Fargo Financial,    PO Box 94498,    Las Vegas, NV 89193-4498
518486244      bill me later,    PO Box 105568,    Atlanta, GA 30348-5568
518486253      first american acceptance,    2 Industrial Way W,    Eatontown, NJ 07724-2265
518486264      prssler, felt, warshaw, llp,    7 Entin Rd,    Parsippany, NJ 07054-5020
518486266      rubin & rothman, llc,    178 veterans hwy ste 32,    Islandia, NY 11749
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 27 2020 23:44:32      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 27 2020 23:44:30     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518486246       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 27 2020 23:39:53      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
518486247      +E-mail/PDF: DellBKNotifications@resurgent.com Apr 27 2020 23:51:53     CitiBank,
                 12234 NIH 35 Bldg B,    Austin, TX 78753-1744
518486248       E-mail/PDF: DellBKNotifications@resurgent.com Apr 27 2020 23:51:53     Dell Fin Svces,
                 PO Box 6403,    Carol Stream, IL 60197-6403
518564113      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2020 23:52:03     Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518486250       E-mail/Text: bknotice@ercbpo.com Apr 27 2020 23:44:36      Enhanced Recovery Corp.,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
518486256       E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 27 2020 23:44:02      Internal Revenue Service,
                 PO Box 24017,    Fresno, CA 93779-4017
518486274       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 27 2020 23:39:50
                 Washington Mutual/Providian,    PO Box 660509,    Dallas, TX 75266
518626185      +E-mail/PDF: bankruptcy@ncfsi.com Apr 27 2020 23:51:27      NEW CENTURY FINANCIAL SERVICES, INC.,
                 110 SOUTH JEFFERSON RD STE 104,    WHIPPANY, NJ 07981-1038
518486261       E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2020 23:40:46      PC Richard,    PO Box 981439,
                 El Paso, TX 79998-1439
518603083      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 27 2020 23:51:33      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
518486260       E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2020 23:40:14      Paypal,    PO Box 981416,
                 El Paso, TX 79998-1416
518491539      +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2020 23:40:16      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518486270       E-mail/Text: epr@telecheck.com Apr 27 2020 23:45:13      Telecheck,    5251 Westheimer Rd Fl 2,
                 Houston, TX 77056-5412
518567146      +E-mail/Text: bknotices@snsc.com Apr 27 2020 23:45:04     U.S. Bank Trust National Association,
                 Trustee of the Tiki Series III Trust,    c/o SN Servicing Corporation,    323 Fifth Street,
                 Eureka, CA 95501-0305
518601745      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2020 23:51:38     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
```

```
District/off: 0312-3              User: admin                Page 2 of 2                  Date Rcvd: Apr 27, 2020
                                  Form ID: 186               Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518486263        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2020 23:52:16
                 portfolio recovery associates llc,   PO Box 4115,   Concord, CA  94524-4115
                                                                                                  TOTAL: 18
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
```
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Towd Point Master Funding Trust 2018-PM22 CO1 , U.S.
           Bank National Association, as Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Edward    Hanratty    on behalf of Joint Debtor Maria   Pagan
           thanratty@centralnewjerseybankruptcylawyer.com,  aaguirre@centralnewjerseybankruptcylawyer.com
          Edward    Hanratty    on behalf of Debtor Richard   Pagan
           thanratty@centralnewjerseybankruptcylawyer.com,  aaguirre@centralnewjerseybankruptcylawyer.com
          Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
           bankruptcy@friedmanvartolo.com
          Rebecca Ann Solarz    on behalf of Creditor    Towd Point Master Funding Trust 2018-PM22 CO1 , U.S.
           Bank National Association, as Trustee rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 7
```