UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Pagan, Richard  
Pagan,, Maria  

Case No.: 19-28529  
Chapter: 7  
Judge: KCF  

**NOTICE OF PROPOSED ABANDONMENT**

_____ Daniel E. Straffi _____ , _____ Trustee _____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on August 11, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 61 Dover Road<br>Colonia, NJ<br>FMV - +/-$290,000.00 |
|---|---|

| Liens on property: | SN Servicing Corp- $705,466.01<br><br>Plus 10% Estimated Costs of Sale |
|---|---|

| Amount of equity claimed as exempt: | $-0- |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.  
Address: 670 Commons Way Toms River, NJ 08755  
Telephone No.: 732-341-3800  

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:
Richard Pagan
Maria Pagan
    Debtors

Case No. 19-28529-KCF
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jul 10, 2020
                   Form ID: pdf905    Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.

```
db/jdb         Richard Pagan,    Maria Pagan,    61 Dover Rd,    Colonia, NJ 07067-3907
aty           +Jonathan Schwalb,    Friedman Vartolo LP,    85 Broad St. Ste.501,    New York, NY 10004-1734
cr            +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
               New York, NY 10004-1734
cr            +SN Servicing Corporation as servicer for U.S. Bank,    Friedman Vartolo LLP,
               85 Broad Street, Suite 501,    85 Broad Street, Suite 501,    New York, NY 10004-1734
518486245    ++++CAC,    2601 NW EXPRESSWAY STE 100W,    OKLAHOMA CITY OK 73112-7217
              (address filed with court: CAC,     2601 NW Expressway Ste 100,    Oklahoma City, OK 73112-7295)
518486249      Direct Merchants Bank,    PO Box 29468,    Phoenix, AZ 85038-9468
518486251     +FACS/Sterns,    9111 Duke Blvd,    Mason, OH 45040-8909
518486252     +Faloni & Larusso,    175 Fairfield Ave Ste 1-C,    West Caldwell, NJ 07006-6415
518486254      Gardetn Sate Anset.,    739 E Main St,    Bridgewater, NJ 08807-3339
518486255      HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
518486257      ML Zager atty for MId Atlantic Pathology,    543 Broadway,    Monticello, NY 12701-1127
518576835      Middlesex Emergency Physicians PA,    PO Box 1123,    Minneapolis MN 55440-1123
518486258      NJ Div of LAbor,    PO Box 951,    Trenton, NJ 08625-0951
518486262      PHEAA/FED LOAN SERV,    PO Box 60610,    Harrisburg, PA 17106-0610
518486265      RRC,    612 S Gay St,    Knoxville, TN 37902-1630
518486267      SERVICING CORPORATION,    323 5th St,    Eureka, CA 95501-0305
518486259    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: NJ DIvision of TAxation,    PO Box 281,    Trenton, NJ 08695-0281)
518486268      Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
518534841     +State of New Jersey - Dept. of Labor,    P.O. Box 951,    Trenton, NJ 08625-0951
518486271      THD,    PO Box 57117,    Sioux Falls, SD 57117
518486272    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    5005 N River Blvd NE,
               Cedar Rapids, IA 52411-6634)
518486269      Target,    PO Box 59317,    Minneapolis, MN 55459-0317
518604321     +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518486273      US Dept of Ed,    PO Box 530260,    Atlanta, GA 30353-0260
518486275      Wells Fargo Financial,    PO Box 94498,    Las Vegas, NV 89193-4498
518486244      bill me later,    PO Box 105568,    Atlanta, GA 30348-5568
518486253      first american acceptance,    2 Industrial Way W,    Eatontown, NJ 07724-2265
518486264      prssler, felt, warshaw, llp,    7 Entin Rd,    Parsippany, NJ 07054-5020
518486266      rubin & rothman, llc,    178 veterans hwy ste 32,    Islandia, NY 11749
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr             E-mail/Text: bnc@russotrustee.com Jul 11 2020 01:17:35     Albert Russo,
               Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ 08650-4853
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2020 01:15:43     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2020 01:15:35     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518486246      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2020 01:48:39     Capital One,
               PO Box 30281,    Salt Lake City, UT 84130-0281
518486247     +E-mail/PDF: DellBKNotifications@resurgent.com Jul 11 2020 01:11:15     CitiBank,
               12234 NIH 35 Bldg B,    Austin, TX 78753-1744
518486248      E-mail/PDF: DellBKNotifications@resurgent.com Jul 11 2020 01:10:32     Dell Fin Svces,
               PO Box 6403,    Carol Stream, IL 60197-6403
518564113     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 11 2020 01:33:45     Directv, LLC,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518486250      E-mail/Text: bknotice@ercbpo.com Jul 11 2020 01:15:50     Enhanced Recovery Corp.,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
518486256      E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 11 2020 01:06:32     Internal Revenue Service,
               PO Box 24017,    Fresno, CA 93779-4017
518486274      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 11 2020 01:34:02
               Washington Mutual/Providian,    PO Box 660509,    Dallas, TX 75266
518626185     +E-mail/PDF: bankruptcy@ncfsi.com Jul 11 2020 01:11:56     NEW CENTURY FINANCIAL SERVICES, INC.,
               110 SOUTH JEFFERSON RD STE 104,    WHIPPANY,    NJ 07981-1038
518486261      E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 01:11:39     PC Richard,    PO Box 981439,
               El Paso, TX 79998-1439
518603083     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2020 01:11:20     PYOD, LLC,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
518486260      E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 01:11:39     Paypal,    PO Box 981416,
               El Paso, TX 79998-1416
518491539     +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 01:11:42     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518486270      E-mail/Text: epr@telecheck.com Jul 11 2020 01:17:45     Telecheck,    5251 Westheimer Rd Fl 2,
               Houston, TX 77056-5412
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jul 10, 2020
                              Form ID: pdf905          Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518567146       +E-mail/Text: bknotices@snsc.com Jul 11 2020 01:17:23      U.S. Bank Trust National Association,
                 Trustee of the Tiki Series III Trust,   c/o SN Servicing Corporation,   323 Fifth Street,
                 Eureka, CA 95501-0305
518601745       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 11 2020 01:59:13      Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518486263        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 01:11:57
                 portfolio recovery associates llc,   PO Box 4115,   Concord, CA  94524-4115
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2020 at the address(es) listed below:
```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Daniel E. Straffi    bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Denise E. Carlon    on behalf of Creditor   Towd Point Master Funding Trust 2018-PM22 CO1 , U.S.
           Bank National Association, as Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Edward   Hanratty    on behalf of Joint Debtor Maria   Pagan
           thanratty@centralnewjerseybankruptcylawyer.com,   aaguirre@centralnewjerseybankruptcylawyer.com
          Edward   Hanratty    on behalf of Debtor Richard   Pagan
           thanratty@centralnewjerseybankruptcylawyer.com,   aaguirre@centralnewjerseybankruptcylawyer.com
          Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation
           bankruptcy@friedmanvartolo.com
          Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation as servicer for U.S. Bank
           Trust National Association as Tiki Series III Trust bankruptcy@friedmanvartolo.com
          Rebecca Ann Solarz    on behalf of Creditor   Towd Point Master Funding Trust 2018-PM22 CO1 , U.S.
           Bank National Association, as Trustee rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```