**Order Filed on July 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>85 Broad Street- Suite 501<br>New York, New York 10004<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Tiki Series III Trust | Case No.: 19-28529-KCF<br><br>Chapter: 7<br><br>Hon. Judge:<br>Kathryn C. Ferguson<br><br>Hearing Date:   July 7, 2020 |
| In Re:<br><br>Richard Pagan and Maria Pagan<br>*aka* Maria Cristina Pagan<br><br>Debtor(s) | |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 21, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Tiki Series III Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 61 Dover Road, Colonia, NJ 07067

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Tiki Series III Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 61 Dover Road, Colonia, NJ 07067; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the Movant is granted reasonable attorney fees in the amount of $400.00 and costs in the amount of $181.00; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Pagan  
Maria Pagan  
    Debtors

Case No. 19-28529-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 22, 2020  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2020.  
db/jdb         Richard Pagan,    Maria Pagan,    61 Dover Rd,    Colonia, NJ    07067-3907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2020 at the address(es) listed below:

         Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
         Albert Russo    docs@russotrustee.com  
         Daniel E. Straffi    bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com  
         Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com  
         Denise E. Carlon    on behalf of Creditor Towd Point Master Funding Trust 2018-PM22 CO1 , U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Edward Hanratty    on behalf of Joint Debtor Maria Pagan thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com  
         Edward Hanratty    on behalf of Debtor Richard Pagan thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com  
         Jonathan C. Schwalb    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Tiki Series III Trust bankruptcy@friedmanvartolo.com  
         Jonathan C. Schwalb    on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com  
         Rebecca Ann Solarz    on behalf of Creditor Towd Point Master Funding Trust 2018-PM22 CO1 , U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                           TOTAL: 11