**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Richard Pagan** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0614 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Maria Pagan** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0269 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–28529–KCF | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard Pagan                                                                                      Maria Pagan
                                                                                                              aka Maria Cristina Pagan

9/11/20                                                                                                **By the court:**   Kathryn C. Ferguson
                                                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-28529-KCF
Richard Pagan                                                   Chapter 7
Maria Pagan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Sep 11, 2020
                               Form ID: 318             Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2020.
```
db/jdb         Richard Pagan,   Maria Pagan,   61 Dover Rd,   Colonia, NJ 07067-3907
aty           +Jonathan Schwalb,   Friedman Vartolo LP,   85 Broad St. Ste.501,   New York, NY 10004-1734
cr            +SN Servicing Corporation,   Friedman Vartolo LLP,   85 Broad Street,   Suite 501,
               New York, NY 10004-1734
cr            +SN Servicing Corporation as servicer for U.S. Bank,   Friedman Vartolo LLP,
               85 Broad Street, Suite 501,   85 Broad Street, Suite 501,   New York, NY 10004-1734
518486245   ++++CAC,    2601 NW EXPRESSWAY STE 100W,   OKLAHOMA CITY OK  73112-7217
              (address filed with court: CAC,    2601 NW Expressway Ste 100,   Oklahoma City, OK  73112-7295)
518486251    +FACS/Sterns,   9111 Duke Blvd,   Mason, OH 45040-8909
518486252    +Faloni & Larusso,   175 Fairfield Ave Ste 1-C,   West Caldwell, NJ 07006-6415
518486254     Gardetn Sate Anset.,   739 E Main St,   Bridgewater, NJ 08807-3339
518486257     ML Zager atty for MId Atlantic Pathology,   543 Broadway,   Monticello, NY 12701-1127
518576835     Middlesex Emergency Physicians PA,   PO Box 1123,   Minneapolis MN 55440-1123
518486258     NJ Div of LAbor,   PO Box 951,   Trenton, NJ 08625-0951
518486262     PHEAA/FED LOAN SERV,   PO Box 60610,   Harrisburg, PA 17106-0610
518486265     RRC,   612 S Gay St,   Knoxville, TN 37902-1630
518486267     SERVICING CORPORATION,   323 5th St,   Eureka, CA 95501-0305
518486259   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court: NJ DIvision of TAxation,   PO Box 281,   Trenton, NJ 08695-0281)
518486268     Specialized Loan Servicing,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
518534841    +State of New Jersey - Dept. of Labor,   P.O. Box 951,   Trenton, NJ 08625-0951
518486271     THD,   PO Box 57117,   Sioux Falls, SD 57117
518604321    +U.S. Bank National Association, Trustee (See 410),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518486273     US Dept of Ed,   PO Box 530260,   Atlanta, GA 30353-0260
518486244     bill me later,   PO Box 105568,   Atlanta, GA 30348-5568
518486253     first american acceptance,   2 Industrial Way W,   Eatontown, NJ 07724-2265
518486264     prssler, felt, warshaw, llp,   7 Entin Rd,   Parsippany, NJ 07054-5020
518486266     rubin & rothman, llc,   178 veterans hwy ste 32,   Islandia, NY 11749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            E-mail/Text: bnc@russotrustee.com Sep 12 2020 01:04:18     Albert Russo,
               Standing Chapter 13 Trustee,   CN 4853,   Trenton, NJ 08650-4853
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2020 01:03:10     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2020 01:03:06     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518486246     EDI: CAPITALONE.COM Sep 12 2020 03:53:00     Capital One,   PO Box 30281,
               Salt Lake City, UT 84130-0281
518486247    +E-mail/PDF: DellBKNotifications@resurgent.com Sep 12 2020 01:10:11     CitiBank,
               12234 NIH 35 Bldg B,   Austin, TX 78753-1744
518486248     E-mail/PDF: DellBKNotifications@resurgent.com Sep 12 2020 01:09:24     Dell Fin Svces,
               PO Box 6403,   Carol Stream, IL 60197-6403
518486249     EDI: HFC.COM Sep 12 2020 03:53:00     Direct Merchants Bank,   PO Box 29468,
               Phoenix, AZ 85038-9468
518564113    +EDI: AIS.COM Sep 12 2020 04:03:00     Directv, LLC,   by American InfoSource as agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518486250     E-mail/Text: bknotice@ercbpo.com Sep 12 2020 01:03:20     Enhanced Recovery Corp.,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
518486255     EDI: HFC.COM Sep 12 2020 03:53:00     HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
518486256     EDI: IRS.COM Sep 12 2020 03:53:00     Internal Revenue Service,   PO Box 24017,
               Fresno, CA 93779-4017
518486274     EDI: JPMORGANCHASE Sep 12 2020 03:53:00     Washington Mutual/Providian,   PO Box 660509,
               Dallas, TX 75266
518626185    +E-mail/PDF: bankruptcy@ncfsi.com Sep 12 2020 01:09:17     NEW CENTURY FINANCIAL SERVICES, INC.,
               110 SOUTH JEFFERSON RD STE 104,   WHIPPANY,   NJ 07981-1038
518486261     EDI: RMSC.COM Sep 12 2020 03:53:00     PC Richard,   PO Box 981439,   El Paso, TX 79998-1439
518603083    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2020 01:08:52     PYOD, LLC,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
518486260     EDI: RMSC.COM Sep 12 2020 03:53:00     Paypal,   PO Box 981416,   El Paso, TX 79998-1416
518491539    +EDI: RMSC.COM Sep 12 2020 03:53:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
518486270     E-mail/Text: epr@telecheck.com Sep 12 2020 01:04:25     Telecheck,   5251 Westheimer Rd Fl 2,
               Houston, TX 77056-5412
518486272     EDI: TFSR.COM Sep 12 2020 03:53:00     Toyota Motor Credit,   5005 N River Blvd NE,
               Cedar Rapids, IA 52411-6634
518486269     EDI: WTRRNBANK.COM Sep 12 2020 04:03:00     Target,   PO Box 59317,
               Minneapolis, MN 55459-0317
518567146    +E-mail/Text: bknotices@snsc.com Sep 12 2020 01:04:09     U.S. Bank Trust National Association,
               Trustee of the Tiki Series III Trust,   c/o SN Servicing Corporation,   323 Fifth Street,
               Eureka, CA 95501-0305
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 11, 2020
                              Form ID: 318             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518601745     +EDI: AIS.COM Sep 12 2020 04:03:00     Verizon,  by American InfoSource as agent,
               4515 N Santa Fe Ave,  Oklahoma City, OK 73118-7901
518486275      EDI: WFFC.COM Sep 12 2020 04:03:00    Wells Fargo Financial,  PO Box 94498,
               Las Vegas, NV  89193-4498
518486263      EDI: PRA.COM Sep 12 2020 04:03:00     portfolio recovery associates llc,  PO Box 4115,
               Concord, CA  94524-4115
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Denise E. Carlon    on behalf of Creditor   Towd Point Master Funding Trust 2018-PM22 CO1 , U.S.
               Bank National Association, as Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Edward   Hanratty    on behalf of Joint Debtor Maria   Pagan
               thanratty@centralnewjerseybankruptcylawyer.com,  aaguirre@centralnewjerseybankruptcylawyer.com
              Edward   Hanratty    on behalf of Debtor Richard   Pagan
               thanratty@centralnewjerseybankruptcylawyer.com,  aaguirre@centralnewjerseybankruptcylawyer.com
              Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation as servicer for U.S. Bank
               Trust National Association as Tiki Series III Trust bankruptcy@friedmanvartolo.com
              Rebecca Ann Solarz    on behalf of Creditor   Towd Point Master Funding Trust 2018-PM22 CO1 , U.S.
               Bank National Association, as Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```