Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.: 19–28529–KCF
           Chapter: 7
           Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Pagan
61 Dover Rd
Colonia, NJ 07067–3907

Maria Pagan
aka Maria Cristina Pagan
61 Dover Rd
Colonia, NJ 07067–3907

Social Security No.:
  xxx–xx–0614                                     xxx–xx–0269

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 8, 2020</u>              <u>Kathryn C. Ferguson</u>
                                                  Judge, United States Bankruptcy Court